1  EILEEN R. RIDLEY, CA Bar No. 151735
     eridley@foley.com
2  FOLEY & LARDNER LLP
   555 CALIFORNIA STREET, SUITE 1700
3  SAN FRANCISCO, CA 94101-1520
   TEL: 415.434.4484   FAX: 415.434.4507
4
   Attorneys for Petitioner NEXTEER
5  AUTOMOTIVE CORPORATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: DMCA SECTION 512(H) SUBPOENA TO GITHUB, INC. | MISC. ACTION NO: 3:25-mc-80110 <br><br> **NEXTEER AUTOMOTIVE CORPORATION'S REQUEST TO THE CLERK FOR ISSUANCE OF A SUBPOENA TO GOOGLE INC.** |

Nexteer Automotive Corporation ("Nexteer'), through its undersigned counsel of record, hereby requests that the Clerk of this Court issue a subpoena to Google Inc. ("Google") pursuant Federal Rule of Civil Procedure 45. The proposed subpoena is attached hereto as Exhibit A.

The subpoena is directed to Google. Google is a global technology company that, among other functions, provides users with email services through its Gmail email platform.

Nexteer seeks account information about a certain Gmail email user as identified in Exhibit A. Nexteer previously requested, and this Court issued, subpoenas to GitHub, Inc. to identify individuals who had posted various excerpts of Nexteer's confidential and copyrighted source code to GitHub, which postings infringe copyrights held by or assigned to Nexteer. (See Declaration of Pete Kiousis, ¶ 4). After issuance and service of those subpoenas, Nexteer received certain GitHub account data and, through investigation, identified a Gmail email account potentially related to the users posting infringing content to GitHub. (Kiousis Decl. ¶ 4). Nexteer now seeks information about this Gmail email user to further aid in identifying the individuals infringing Nexteer's copyrights and disseminating Nexteer's intellectual property without authorization.

Accordingly, in support of its request for a Subpoena, Nexteer submits and attaches:

- A proposed subpoena directed to Google (Ex. A hereto); and
- A sworn declaration that the purpose for which the subpoena is sought is proper (See Pete Kiousis Decl., ¶5.)

Nexteer respectfully requests that the Clerk expeditiously issue and sign the proposed subpoena pursuant to Fed. R. Civ. Pro. 45 and return it to undersigned counsel for service on the subpoena recipient.

DATE: MAY 8, 2025

**FOLEY & LARDNER LLP**
EILEEN R. RIDLEY

By: /s/ *Eileen R. Ridley*
EILEEN R. RIDLEY
Attorneys for Petitioner NEXTEER
AUTOMOTIVE CORPORATION